## RECONSIDERATION OF PRIOR DECISIONS

2011–0799.   State ex rel. Estate of Sziraki v. Admr., Bur. of Workers' Comp.
Franklin App. No. 10AP–267, 2011-Ohio-1486. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ motion for reconsideration. Motion for reconsideration granted to the following extent:
Paragraph 17 of the opinion issued in this case is modified to read as follows:
{¶ 17} "Scheduled loss" benefits are paid to an injured worker for the loss or loss of use of a body part according to a schedule in R.C. 4123.57(B). *State ex rel. Moorehead v. Indus. Comm.*, 112 Ohio St.3d 27, 2006-Ohio-6364, 857 N.E.2d 1203; *State ex rel. Miller v. Indus. Comm.*, 97 Ohio St.3d 418, 2002-Ohio-6664, 780 N.E.2d 268, ¶ 7.
O'DONNELL, J., dissents.

2012–0819.   In re Application of Pariag.
Franklin App. No. 11AP–569. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
motion for reconsideration. Motion denied.
PFEIFER, O'DONNELL, and O'NEILL, JJ., dissent.

2012–2072.   Stark Cty. Bar Assn. v. Williams.
On Certified Report by the Board of Commissioners on Grievances and Discipline, No. 11–060.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ motion for reconsideration.
Motion denied.

## CASE ANNOUNCEMENTS

*December 5, 2013*

[Cite as *12/05/2013 Case Announcements*, 2013-Ohio-5313.]